**Sandra STANTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77802**

Missouri Court of Appeals, Western District.

FILED: September 29, 2015

Susan L. Hogan, Kansas City, MO for Appellant.

Mary H. Moore, Jefferson City, MO for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges.

**ORDER**

Per Curiam

Sandra Stanton appeals from the judgment denying her Rule 29.15 motion for post-conviction relief after she was convicted of second-degree murder, first-degree endangering the welfare of a child, and abuse of a child resulting in death. Stanton contends the motion court clearly erred in denying post-conviction relief because her trial counsel was ineffective for failing to object to prior bad acts evidence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b)

Jason Kelly, St. Louis, MO, Counsel for Appellant.

Craig Leff, Kansas City, MO, Counsel for Respondent.

Carl Christensen, Overland Park, KS, Co–Counsel for Respondent.

Before Division Two, Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.